FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR -6 AM 11: 28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY M. SOLET | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER 05-0021 |
| | * | |
| THYSSENKRUPP ELEVATOR CORPORATION | * | SECTION A, MAG. DIV. 2 |

## ORDER

Having considered the foregoing Unopposed Motion to Remand, the facts and circumstances being in favor of the granting thereof;

**IT IS ORDERED** that this matter be remanded back to the 32nd Judicial District Court, Parish of Terrebonne, State of Louisiana, Docket Number 143595 "C".

New Orleans, Louisiana, this 1st day of March, 2006.

_____
Honorable Jay C. Zainey
Judge, Section A

___ Fee____
___ Process____
X Dktd____
___ CtRmDep____
___ Doc. No____